616

■ In the Matter of DARRYL WILLIAMS, Also Known as WILLIAM CYPRUS, Appellant, v EDWARD R. HAMMOCK, as Chairman of the New York State Board of Parole, Respondent. — Judgment of the Supreme Court, Nassau County (Balletta, J.), entered June 30, 1981, affirmed, without costs or disbursements. (See *Matter of Walls v Hammock,* 107 Misc 2d 704, affd 82 AD2d 836.) Titone, J. P., Lazer, O'Connor and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND BALLARD, Appellant. — Appeal by defendant, by permission, from an order of the County Court, Nassau County (Baker, J.), dated January 14, 1977, which denied his motion to vacate a judgment of conviction rendered August 9, 1976. Order affirmed. The decisions in *People v Rogers* (48 NY2d 167) and *People v Bartolomeo* (53 NY2d 225) do not apply since defendant has exhausted the appellate process with respect to the underlying judgment (see *People v Ballard,* 68 AD2d 929, mot for lv to app den 47 NY2d 802). Mollen, P. J., Lazer, O'Connor and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL CORREA, JR., Also Known as SAMUEL CORREA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered August 30, 1979, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have fully examined the record and agree with appellant's assigned counsel that there are no meritorious grounds which would be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Cruz,* 65 AD2d 822; cf. *People v Gonzalez,* 47 NY2d 606). Damiani, J. P., Mangano, Gibbons and Niehoff, JJ., concur.